# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 06-00017-01-CR-W-GAF |
| DEDRIC J. BRADLEY ) | USM No: 20834-045 |
| ) | |
| Date of Original Judgment: 05/14/2009 ) | |
| Date of Previous Amended Judgment: ) | STEVE MOSS, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 70 * months **is reduced to** 60 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

* to run concurrently with sentence imposed in District of Kansas, Case No. 08CR20077-01.

Except as otherwise provided, all provisions of the judgment dated 05/14/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/10/2011         s/ Nanette K. Laughrey
                               *Judge's signature*

Effective Date:                NANETTE LAUGHREY, United States District Judge
*(if different from order date)*   *Printed name and title*